The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
At Seattle

| | |
|---|---|
| LAUGHING RABBIT, INC., an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN WILSON, d/b/a ADVANCEDMART, an individual,<br><br>　　　　　Defendant. | Civil Action No. CV07-2080RSM<br><br>**CONSENT JUDGMENT AND INJUNCTION** |

Plaintiff Laughing Rabbit, Inc. (hereinafter LRI) having filed its Complaint for Patent Infringement, Trademark Infringement and Unfair Competition on December 28, 2007; and

Defendant John Wilson, d/b/a/ Advancedmart (hereinafter Wilson) having appeared in this case by his counsel filing a Notice of Appearance on September 19, 20008;

The parties having resolved the issues raised in said Complaint to their mutual satisfaction, Defendant consenting to judgment without admitting liability and for the purpose of amicably and expeditiously resolving this dispute; and

BLACK LOWE & GRAHAM PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

The Court having concluded that entry of this Consent Judgment and Injunction is a proper exercise of the policy favoring settlement of controversies;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction of the subject matter hereof and of all the parties hereto.

2. Venue is proper in this Court.

3. The Plaintiff, Laughing Rabbit, Inc. is the exclusive licensee under U.S. Patent No. D375,372 and United States Trademark Registration No. 2,791,032 for the product configuration disclosed in said Registration.

4. Said Design Patent and Trademark Registrations are not unenforceable.

5. The Defendant Wilson is hereby enjoined from any future making, using or selling LED flashlights using any depictions of Plaintiff Laughing Rabbit, Inc.'s product configuration shown in Exhibits E and F to the Complaint, copies of said Exhibits E and F being attached hereto for the term of said Trademark Registration and Design Patent.

6. Except for the relief herein granted, all claims for relief in the Complaint and Answer herein, are dismissed with prejudice pursuant to Rule 41(a) Federal Rules of Civil Procedure.

7. Each of the parries to this action shall bear its own costs and attorneys fees.

SO ORDERED THIS 20th day of November, 2008

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT AND INJUNCTION
Page 2

BLACK LOWE & GRAHAM PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

Entry consented to by:

BLACK LOWE & GRAHAM, PLLC

_____
Michael J. Folise, WSBA # 15,276
BLACK LOWE & GRAHAM, PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104

Attorneys for Plaintiff


_____
Mark P. Walters, WSBA No. 30819
DARBY & DARBY P.C.
1191 Second Avenue
20th Floor
Seattle, WA 98101

Attorneys for Defendant

CONSENT JUDGMENT AND INJUNCTION
Page 3

BLACK LOWE & GRAHAM PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301